## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BLUEFIELD

**KENNETH E. CHITTUM, et al.,**

    **Plaintiffs,**

**v.**                                  **CIVIL ACTION NO. 1:17-01357**

**BRANCH BANKING AND TRUST COMPANY (BB&T), et al.,**

    **Defendants.**

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendants' renewed motion to enforce their settlement with plaintiffs. (ECF No. 61). A hearing on that motion was scheduled for November 6, 2018, in Bluefield. Counsel for defendants has informed the court that the hearing is no longer necessary. Accordingly, the court hereby **CANCELS** the hearing scheduled for November 6, 2018, at 1:30 p.m., in Bluefield, and defendants' renewed motion to enforce their settlement with plaintiffs is **DENIED** as moot.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED** this 5th day of November, 2018.

                                  ENTER:

                                    */s/ David A. Faber*

                                    David A. Faber
                                    Senior United States District Judge